Dan Stormer, Esq. [S.B. # 101967]
Josh Piovia-Scott, Esq. [S.B. #222364]
Mohammad Tajsar, Esq. [S.B. #280152]
HADSELL STORMER RICHARDSON & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600/Facsimile:  (626) 577-7079
Email: dstormer@hadsellstormer.com, jps@hadsellstormer.com, and mtajsar@hadsellstormer.com

Lori Rifkin, Esq. [S.B. # 244081]
RIFKIN LAW OFFICE
P.O. Box 19169
Oakland, California 94619
Telephone: (415) 685-3591
Email: lrifkin@rifkinlawoffice.com
Attorneys for Plaintiffs

[Additional Counsel on Next Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Estate of JOSHUA CLAYPOLE, deceased, by and through SILVIA GUERSENZVAIG, as Administrator; SILVIA GUERSENZVAIG,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN MATEO; SHERIFF GREG MUNKS, in his individual and official capacity; COUNTY OF MONTEREY; SHERIFF SCOTT MILLER, in his individual and official capacity; SERGEANT E. KAYE, in his individual and official capacity; CITY OF MONTEREY; MONTEREY POLICE DEPARTMENT CHIEF PHILIP PENKO, in his individual and official capacity; BRENT HALL, in his individual and official capacity; CALIFORNIA FORENSIC MEDICAL GROUP; DR. TAYLOR FITHIAN, in his individual and official capacity; COMMUNITY HOSPITAL OF MONTEREY PENINSULA; and DOES 1 through 30,<br><br>Defendants. | Case No: CV 14-02730 BLF<br><br>[Assigned to the Honorable Beth Labson Freeman - Courtroom 3]<br><br>**[PROPOSED] ORDER CONTINUING THE HEARING OF DEFENDANTS CITY OF MONTEREY, CHIEF PHILIP PENKO, AND OFFICER BRENT HALL'S MOTION TO DISMISS COMPLAINT WITHOUT LEAVE TO AMEND UNTIL OCTOBER 2, 2014**<br><br>MTD w/o Leave to Amend<br>Current Date:       Sept. 18, 2014<br>Current Time:      9:00 a.m.<br><br>Proposed New Date:   October 2, 2014<br>Time:                         9:00 a.m.<br><br>Complaint Filed:     June 12, 2014<br>**TRIAL DATE:       NONE SET** |

[PROP] ORDER CONT MTD HEARING
DATE UNTIL OCT. 2, 2014

1  Vincent P. Hurley #111215
2  Amanda Cohen #243946
   LAW OFFICES OF VINCENT P. HURLEY
3  A Professional Corporation
4  38 Seascape Village
   Aptos, California 95003
5  Telephone: (831) 661-4800
6  Facsimile: (831) 661-4804
   Email: vphurley@hurleylaw.com
7          acohen@hurleylaw.com
8
   Attorneys for Defendants
9  CITY OF MONTEREY, CHIEF PHILIP PENKO, AND OFFICER BRENT HALL

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  The parties have submitted a joint stipulation, through their respective counsel, requesting that Defendants City of Monterey, Chief Philip Penko, and Officer Brent Hall's Motion to Dismiss Complaint without Leave to Amend, previously set to be heard by this court on September 18, 2014 at 9:00 a.m. be continued to October 2, 2014 at 9:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing of Defendants City of Monterey, Chief Philip Penko, and Officer Brent Hall's Motion to Dismiss Complaint without Leave to Amend be continued to October 2, 2014 at 9:00 a.m.

Dated: _____

_____
Honorable Beth Labson Freeman
United States District Judge

[PROP] ORDER CONT MTD HEARING
DATE UNTIL OCT. 2, 2014

-1-