# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JOSHUA CLAYPOLE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-02730-BLF<br><br>**ORDER REQUESTING CLARIFICATION RE STATUS OF PENDING MOTION TO DISMISS FILED BY COMMUNITY HOSPITAL OF MONTEREY PENINSULA** |

On August 5, 2014, Defendant Community Hospital of Monterey Peninsula ("CHOMP") filed a motion to dismiss the then-operative Complaint. That motion is set for hearing on November 19, 2014. On October 28, 2014, Plaintiffs filed an Amended Complaint. The parties shall clarify the status of the pending motion, in writing, on or before November 12, 2014. Specifically, the parties shall specify whether the operative Amended Complaint contains any allegations against CHOMP that are different from the allegations of the original Complaint, and whether it would be appropriate to treat the pending motion to dismiss as though it were directed toward the operative Amended Complaint.

**IT IS SO ORDERED.**

Dated:  November 7, 2014

                                                                                      _____
                                                                                      BETH LABSON FREEMAN
                                                                                      United States District Judge