UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| JOSHUA CLAYPOLE, et al., | Case No. 14-cv-02730-BLF |
|---|---|
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| COUNTY OF SAN MATEO, et al., | |
| Defendants. | |

On December 11, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Disclosure of Experts | 09/28/2015 |
| Fact Discovery Cut-Off | 08/31/2015 |
| Expert Discovery Cut-Off | 10/23/2015 |
| Last Day to Hear Dispositive Motions | 01/14/2016 at 9:00 am. |
| Final Pretrial Conference | 03/31/2016 at 2:30 pm. |
| Trial | 04/11/2016 at 9:00 am. |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.

Dated:  December 16, 2014

_____
BETH LABSON FREEMAN
United States District Judge