UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CLAYPOLE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>Defendants. | Case No. 14-cv-02730-BLF   (ADR)<br><br>**ORDER RE: ATTENDANCE AT ENE**<br><br>Date: March 2, 2015<br>ENE Evaluator: Randolph Hall |

IT IS HEREBY ORDERED that the request to excuse defendant Community Hospital of the Monterey Peninsula's insurer representative from appearing in person at the March 2, 2015, ENE before Randolph Hall is GRANTED. The insurer representative shall participate telephonically in the mediation as set forth in ADR L.R. 5-10(f).

**IT IS SO ORDERED**.

Dated: February 23, 2015

Maria-Elena James
United States Magistrate Judge