1  Dan Stormer, Esq. [S.B. # 101967]
   Josh Piovia-Scott, Esq. [S.B. #222364]
2  Mohammad Tajsar, Esq. [S.B. #280152]
   HADSELL STORMER & RENICK LLP
3  128 N. Fair Oaks Avenue
4  Pasadena, California 91103
   Telephone: (626) 585-9600/Facsimile:  (626) 577-7079
5  Emails: dstormer@hadsellstormer.com
           jps@hadsellstormer.com
6          mtajsar@hadsellstormer.com

7  Lori Rifkin, Esq. [S.B. # 244081]
8  RIFKIN LAW OFFICE
   P.O. Box 19169
9  Oakland, California 94619
   Telephone: (415) 685-3591
10 Email: lrifkin@rifkinlawoffice.com

11 Attorneys for Plaintiff
12
                    **UNITED STATES DISTRICT COURT**
13                  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Estate of JOSHUA CLAYPOLE, deceased, by and through SILVIA GUERSENZVAIG, as Administrator; SILVIA GUERSENZVAIG, | Case No: CV 14-02730 BLF |
| Plaintiff, | [Assigned to the Honorable Beth Labson Freeman - Courtroom 3] |
| vs. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A COMBINED AFFIRMATIVE MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP, INC., AND TAYLOR FITHIAN'S MOTION FOR SUMMARY JUDGMENT** |
| COUNTY OF SAN MATEO; SHERIFF GREG MUNKS, in his individual and official capacity; COUNTY OF MONTEREY; SHERIFF SCOTT MILLER, in his individual and official capacity; SERGEANT E. KAYE, in her individual capacity; CITY OF MONTEREY; MONTEREY POLICE DEPARTMENT CHIEF PHILIP PENKO, in his official capacity; BRENT HALL, in his individual and official capacity; CALIFORNIA FORENSIC MEDICAL GROUP; DR. TAYLOR FITHIAN, in his individual capacity; COMMUNITY HOSPITAL OF MONTEREY PENINSULA; and DOES 1 through 30, | Complaint Filed:  June 12, 2014<br>FAC Filed:  October 28, 2014<br>Discovery Cut-Off:  August 31, 2015<br>Motion Cut-Off:  January 14, 2016<br>Trial Date:  April 11, 2016 |
| Defendants. | |

Having considered Plaintiffs' motion for leave to file a combined affirmative Motion for Summary Judgment and Opposition to Defendants California Forensic Medical Group and Taylor Fithian's ("Defendants") Motion for Summary Judgment, IT IS HEREBY ORDERED that Plaintiffs' shall have leave to file a combined affirmative motion and opposition to Defendants Motion for Summary Judgment. The following briefing schedule is now in effect:

| | |
|---|---|
| Plaintiffs' combined Opposition and Motion for Summary Judgment (not to exceed 35 pages) | Due December 7, 2015 |
| Defendants' combined Reply and Opposition to Plaintiffs' Motion for Summary Judgment (not to exceed 35 pages) | Due December 28, 2015 |
| Plaintiffs' Reply (not to exceed 15 pages) | Due January 4, 2015 |

Dated: November 23, 2015

/s/ Beth Labson Freeman
Honorable Beth Labson Freeman
United States District Judge

[PROP] ORDER GRANTING MTN FOR LEAVE TO FILE COMBINED MSJ & OPP TO DEFTS' MSJ      -1-