UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSHUA CLAYPOLE, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>        Defendants. | Case No.  14-cv-02730-BLF<br><br>**NOTICE OF ERRATA RE ORDER GRANTING DEFENDANT HALL'S MOTION FOR SUMMARY JUDGMENT; DENYING CITY OF MONTEREY'S MOTION FOR SUMMARY JUDGMENT; AND DENYING PLAINTIFFS' MOTION FOR LEAVE TO SUBSTITUTE DETECTIVE KRUSE AS A DOE DEFENDANT** |

The Court issues this notice of errata with respect to the Order Granting Defendant Hall's Motion for Summary Judgment; Denying City of Monterey's Motion for Summary Judgment; and Denying Plaintiffs' Motion for Leave to Substitute Detective Kruse as a Doe Defendant, filed on January 12, 2016 and docketed at ECF 160.  At page 5, line 9 of the order, the Court erroneously omitted the eighth claim for negligence when listing the claims asserted in the operative first amended complaint.  The negligence claim was not at issue in the motions addressed by the order.

Dated: January 13, 2016

_____
BETH LABSON FREEMAN
United States District Judge