Peter G. Bertling  # 131602
Jemma Parker Saunders #227962
BERTLING & CLAUSEN L.L.P.
15 West Carrillo Street, Suite 100
Santa Barbara, California  93101
Telephone:  (805) 892-2100
Facsimile:   (805) 963-6044

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.;
TAYLOR FITHIAN, M.D.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of JOSHUA CLAYPOLE, deceased, by and through SILVIA GUERSENZVAIG, as Administrator; SILVIA GUERSENZVAIG,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN MATEO; SHERIFF GREG MUNKS, in his individual and official capacity; COUNTY OF MONTEREY; SHERIFF SCOTT MILLER, in his individual and official capacity; SERGEANT E. KAYE, in his individual and official capacity; CITY OF MONTEREY; MONTEREY POLICE DEPARTMENT CHIEF PHILIP PENKO, in his individual and official capacity; BRENT HALL in his individual and official capacity; CALIFORNIA FORENSIC MEDICAL GROUP; DR. TAYLOR FITHIAN, in his individual and official capacity; COMMUNITY HOSPITAL OF MONTEREY PENINSULA; and DOES 1 through 30.<br>       Defendants. | Case No. 5:14-cv 02730 BLF<br><br>**DECLARATION OF PETER BERTLING IN COMPLIANCE WITH THE HONORABLE PAUL GREWAL'S JANUARY 12, 2016 ORDER GRANTING MOTION FOR SANCTIONS AND TO COMPEL DISCOVERY**<br><br><br>Action Filed: June 12, 2014<br>Trial Date:   April 11, 2016<br>PTR Conf:    March 31, 2016<br>Judge:        Hon. Beth Labson Freeman<br>              Ctrm 3, Fourth Floor |

## **DECLARATION OF PETER BERTLING**

///

I, Peter G. Bertling, declare:

1. I am an attorney licensed to practice in California and before this District Court. I represent defendants California Forensic Medical Group, Inc. (CFMG) and Dr. Taylor Fithian. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2. On January 12, 2016, the Honorable Paul Grewal issued an Order requiring me to donate $250 to the Women Lawyers Association of Los Angeles Foundation because of the inappropriate sexist remark I made to Ms. Rifkin during the deposition of Dr. Taylor Fithian. On January 14, 2016, I complied with the Court's Order and attached hereto as Exhibit A is a copy of the receipt I received from the Women Lawyers Association of Los Angeles Foundation for my $250 contribution.

3. I sincerely apologize to Ms. Rifkin for making a sexist remark to her. My conduct was indefensible and inexcusable. It also violated the duty of professionalism I owe to Ms. Rifkin, the judicial system, this Court and the public as a whole.

4. I apologize to the Honorable Paul Grewal for engaging in conduct which necessitated that Ms. Rifkin file a Motion for Sanctions and to Compel Discovery. My unprofessional conduct placed him in a difficult situation in which he was required to justifiably issue an award of sanctions against me.

5. The Court's ruling has reminded me of my responsibility to refrain from engaging in unprofessional conduct or disrespect toward other members of the legal profession. In the future I resolve to consistently comply with the Northern District Guidelines for Professional Conduct and the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 18th day of January 2016.

*s/s Peter G. Bertling*
Peter G. Bertling

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.