# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JOSHUA CLAYPOLE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-02730-BLF<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE FOR MARCH 28, 2016; AND SETTING JURY INSTRUCTION CONFERENCE FOR APRIL 1, 2016** |

To all Parties and Counsel of Record:

(1)　A Case Management Conference is hereby set for March 28, 2016, in Courtroom 3, immediately following the parties' settlement conference with Magistrate Judge Cousins;

(2)　A Jury Instruction Conference is hereby set for April 1, 2016, at 9:00 a.m., in the Chambers of Judge Beth Labson Freeman; and

(3)　The above proceedings are in addition to the Final Pretrial Conference set for March 31, 2016 at 1:30 p.m., in Courtroom 3, which remains on calendar.

**IT IS SO ORDERED.**

Dated: March 24, 2016

_____
BETH LABSON FREEMAN
United States District Judge