# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

JOSHUA CLAYPOLE, et al.,

    Plaintiffs,

v.

COUNTY OF MONTEREY, et al.,

    Defendants.

Case No. 14-cv-02730-BLF

**ORDER STRIKING PROPOSED JURY INSTRUCTIONS (ECF 247, 256, 263, 269, 270)**

The Court HEREBY STRIKES the proposed jury instructions submitted by the parties (ECF 247, 256, 263, 269, 270) for failure to comply with the Court's Standing Order Re Final Pretrial Conference – Jury Trial. On or before Tuesday, March 29, 2016, the parties shall file a *single* set of jury instructions in compliance with Paragraph C.5.c of the Standing Order, which explains in detail how undisputed and disputed instructions are to be incorporated into a single document for submission to the Court.

**IT IS SO ORDERED.**

Dated: March 25, 2016

_____
BETH LABSON FREEMAN
United States District Judge