Dan Stormer, Esq. [S.B. # 101967]
Josh Piovia-Scott, Esq. [S.B. #222364]
Mohammad Tajsar, Esq. [S.B. #280152]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600/Facsimile:  (626) 577-7079
Emails: dstormer@hadsellstormer.com
          jps@hadsellstormer.com
          mtajsar@hadsellstormer.com

Lori Rifkin, Esq. [S.B. # 244081]
RIFKIN LAW OFFICE
P.O. Box 19169
Oakland, California 94619
Telephone: (415) 685-3591
Email: lrifkin@rifkinlawoffice.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of JOSHUA CLAYPOLE, deceased, by and through SILVIA GUERSENZVAIG, as Administrator; SILVIA GUERSENZVAIG,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN MATEO; SHERIFF GREG MUNKS, in his individual and official capacity; COUNTY OF MONTEREY; SHERIFF SCOTT MILLER, in his individual and official capacity; SERGEANT E. KAYE, in her individual capacity; CITY OF MONTEREY; MONTEREY POLICE DEPARTMENT CHIEF PHILIP PENKO, in his official capacity; BRENT HALL, in his individual and official capacity; CALIFORNIA FORENSIC MEDICAL GROUP; DR. TAYLOR FITHIAN, in his individual capacity; COMMUNITY HOSPITAL OF MONTEREY PENINSULA; and DOES 1 through 30,<br><br>Defendants. | Case No: CV 14-02730 BLF<br><br>[Assigned to the Honorable Beth Labson Freeman - Courtroom 3]<br><br>**[PROPOSED]** **ORDER RE: DISMISSAL OF ENTIRE ACTION**<br><br>Complaint Filed:     June 12, 2014<br>FAC Filed:           October 28, 2014<br>Discovery Cut-Off:   August 31, 2015<br>Motion Cut-Off:      January 14, 2016<br>Trial Date:          April 11, 2016 |

[PROP] ORDER RE: DISMISSAL OF ENTIRE ACTION

**[PROPOSED] ORDER**

The Court having received Plaintiffs' Notice of Voluntary Dismissal pursuant to FRCP (a)(2), it is hereby ordered that this action is dismissed in its entirety with prejudice.

The Court shall retain jurisdiction for the purpose of overseeing the completion of the settlement process and the enforcement of the March 28, 2016 Settlement Agreement.

Each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: _____         By _____
                                The Honorable Beth Labson Freeman
                                United States District Judge

[PROP] ORDER RE: DISMISSAL OF ENTIRE ACTION               -1-