# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

JOSHUA CLAYPOLE, et al.,

    Plaintiffs,

v.

COUNTY OF MONTEREY, et al.,

    Defendants.

Case No. 14-cv-02730-BLF

**ORDER SETTING DEADLINE FOR FURTHER STATUS REPORTS**

The Court has reviewed the Status Reports filed by Plaintiffs and the City Defendants on July 6, 2016. Further status reports shall be filed by Plaintiffs, the City Defendants, and the CFMG Defendants on July 21, 2016, informing the Court whether all settlement amounts have been paid. The further status reports shall include brief argument, supported by legal authorities, as to whether the City Defendants and the CFMG Defendants should be required to pay interest on settlement amounts that were not paid by June 24, 2016.

**IT IS SO ORDERED.**

Dated: July 8, 2016

_____
BETH LABSON FREEMAN
United States District Judge